1 | William E. Ireland (Bar No. 115600)
2 | HAIGHT BROWN & BONESTEEL LLP
    555 South Flower Street, Forty-Fifth Floor
    Los Angeles, California 90071
3 | Telephone:  213.542.8000
    Facsimile:  213.542.8100
4 |
5 | Attorneys for Defendant FIRST PREMIER BANK

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY WELLS, | Case No. 11CV1243 IEG CAB |
| Plaintiff, | **DEFENDANT FIRST PREMIER BANK'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** |
| v. | |
| FIRST PREMIER BANK, | |
| Defendant. | |

1. Pursuant to F.R.C.P. Rule 12, Defendant First Premier Bank ("First Premier") hereby answers and otherwise responds to the complaint of Plaintiff Tiffany Wells ("Plaintiff") as follows:

2. Defendant responds to the paragraphs of the complaint, as if they were numbered, as follows:

3. In response to the allegations of the first paragraph of the complaint, Defendant admits.

4. In response to the allegations of the second paragraph of the complaint, Defendant, on information and belief, admits.

5. In response to the allegations of the third paragraph of the complaint, Defendant admits, except that the name of its registered agent is misstated. Furthermore,

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

11000-0001059
3833844.1

1

DEFENDANT FIRST PREMIER BANK'S
ANSWER TO COMPLAINT

1  Defendant alleges that it is a corporation organized and formed under the laws of the State
2  of South Dakota.
3      6.   In response to the allegations of paragraph 4, Defendant, on information and
4  belief, admits the allegations contained therein.
5      7.   In response to the allegations of paragraph 5, Defendant can neither admit
6  nor deny the allegations as to when Plaintiff reviewed her credit report.  Defendant denies
7  that it was contacted by Plaintiff at anytime before July 2011.
8      8.   In response to the allegations of paragraph 6, Defendant denies the
9  allegations contained therein.
10     9.   In response to the allegations of paragraph 7, Defendant denies the
11 allegations.
12     10.  In response to the allegations of paragraph 8, Defendant denies the
13 allegations.
14     11.  In response to the allegations of paragraph 9, Defendant denies the
15 allegations.
16     12.  In response to the allegations of paragraph 10, Defendant denies the
17 allegations.
18     13.  In response to the allegations of paragraph 11, Defendant repeats and
19 incorporates by reference its responses to the allegations contained in paragraphs 1 through
20 10 of the Complaint as though fully set forth herein.
21     14.  In response to the allegations of paragraph 12, Defendant denies the
22 allegations.
23     15.  In response to the allegations of paragraph 13, Defendant denies the
24 allegations.
25     16.  In response to the allegations of paragraph 14, Defendant denies the
26 allegations.
27     17.  In response to the allegations of paragraph 15, Defendant denies the
28 allegations.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

11000-0001059
3833844.1

2

DEFENDANT FIRST PREMIER BANK'S
ANSWER TO COMPLAINT

18. Insofar as Plaintiff's prayer for relief purports to summarize the relief that she seeks in this action, no response is required. To the extent a response may be required, Defendant requests the court deny all the relief requested, dismiss the complaint and all causes of action alleged therein with prejudice and order that Defendant receive its costs and attorney's fees in this action.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

19. The Complaint, and each and every cause of action set forth therein, should be dismissed for failure to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Compliance with Terms and Conditions)

20. First Premier has complied in all respects with the terms and conditions of the contracts entered into with Plaintiff, except as to those which its conduct is excused by Plaintiff's action.

### THIRD AFFIRMATIVE DEFENSE
### (Laches)

21. The claims asserted in the Complaint are barred to the extent that the doctrine of laches is applicable.

### FOURTH AFFIRMATIVE DEFENSE
### (Waiver)

22. The claims asserted in the Complaint are barred to the extent that the doctrine of waiver is applicable

### FIFTH AFFIRMATIVE DEFENSE
### (Estoppel)

23. The claims asserted in the Complaint are barred to the extent that the doctrine of estoppel is applicable

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

11000-0001059
3833844.1

3

DEFENDANT FIRST PREMIER BANK'S
ANSWER TO COMPLAINT

## SIXTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

24. The claims asserted in the Complaint are barred to the extent that the doctrine of unclean hands is applicable

## SEVENTH AFFIRMATIVE DEFENSE
### (Venue)

25. The Complaint should be dismissed because venue is improper.

## EIGHTH AFFIRMATIVE DEFENSE
### (Failure to Satisfy Conditions Precedent)

26. Plaintiff has no right to seek recovery against First Premier insofar as Plaintiff has failed to satisfy all conditions precedent to maintaining some or all of the claims asserted against First Premier in this action.

## NINTH AFFIRMATIVE DEFENSE
### (No Breach of Contract)

27. First Premier did not breach any contractual obligation that it owed to Plaintiff, including the implied covenant of good faith and fair dealing.

## TENTH AFFIRMATIVE DEFENSE
### (Other Defenses)

28. Plaintiff has failed to set out its claims with sufficient particularity to permit First Premier to raise all appropriate defenses, and as such, First Premier reserves its rights to add additional defenses as a factual basis for these defenses become known.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Other Defenses)

29. Defendant further alleges that the Plaintiff's individual bankruptcy was accurately reported by the Defendant, together with its impact upon the Plaintiff's credit.

WHEREFORE, Defendant First Premier prays for relief as follows:

1. That the Court enter a judgment against Plaintiff in favor of Defendant;
2. That Defendant be awarded its fees and costs;

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

11000-0001059
3833844.1

4

DEFENDANT FIRST PREMIER BANK'S
ANSWER TO COMPLAINT

3. And for such other and further relief as this Court deems equitable, just and proper.

**DEMAND FOR JURY TRIAL**

Defendant First Premier Bank demands a trial by jury on all claims for which a jury trial is available.

Dated: August 11, 2011                HAIGHT BROWN & BONESTEEL LLP

By: *William E. Ireland* (signature)
William E. Ireland
Attorneys for Defendant
FIRST PREMIER BANK

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

11000-0001059
3833844.1

5

DEFENDANT FIRST PREMIER BANK'S
ANSWER TO COMPLAINT

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )  ss.:
COUNTY OF LOS ANGELES     )

*TIFFANY WELLS v. FIRST PREMIER BANK*
*11CV1243 IEG CAB*

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, California 90071.

On August 12, 2011, I served the within document(s) described as:

DEFENDANT FIRST PREMIER BANK'S ANSWER TO COMPLAINT

on the interested parties in this action as stated below:

Tiffany Wells/Pro Se
4012 Augila Street
Carlsbad, CA 92008

[X]  (MAIL) by placing a true copy thereof in sealed envelope(s) addressed above and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on August 12, 2011, at Los Angeles, California.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

_____Lisa R. Muzycka_____         _____(Signature)_____
(Type or print name)

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

11000-0001059
3833844.1

6

DEFENDANT FIRST PREMIER BANK'S
ANSWER TO COMPLAINT