# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tiffany Wells,<br><br>                            Plaintiff,<br>   vs.<br><br>First Premier Bank,<br><br>                           Defendant. | CASE NO. 11-CV-1243 - IEG (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 12] |

     Presently before the Court is the parties' joint motion to dismiss the action, in its entirety, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). [Doc. No. 26.] For good cause shown, the Court **GRANTS** the joint motion and **DISMISSES** the action with prejudice. The clerk is directed to close the case.

     **IT IS SO ORDERED.**

**DATED:** October 18, 2011

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**